IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 JUL 22 AM 10: 24
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:26CR 3055 |
| Plaintiff, | |
| vs. | INDICTMENT |
| ELI DANIEL RASCON-BALDERAS, | 8 U.S.C. § 1326(a) |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about July 7, 2026, in the District of Nebraska, the defendant, ELI DANIEL RASCON-BALDERAS, an alien, who previously had been excluded, deported, and removed from the United States to Mexico, was found in the United States, without the Acting Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3), (4), and 557), having expressly consented to defendant's reapplication for admission into the United States.

In violation of Title 8, United States Code, Section § 1326(a).

A TRUE BILL.

_____
FOREPERSON

1

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

TESSIE L. SMITH #25828
Assistant U.S. Attorney

2